IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02419-RPM-MJW

WESTFIELD INSURANCE COMPANY, an Ohio corporation,

Plaintiff,

v.

HENSEL PHELPS CONSTRUCTION CO., a Delaware corporation,
CENTRIA, INC., a Delaware corporation,
JACOBS ENGINEERING GROUP, INC., a Delaware corporation, and
NOORDA SHEET METAL COMPANY, a Nevada corporation,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Stipulated Motion Requesting a Settlement Conference (Docket No. 37) is GRANTED. Counsel for the parties are directed to jointly contact the court's chambers (303-844-2403), on or before December 19, 2013, to schedule the settlement conference.

Date: December 12, 2013