**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                     January 2, 2014
Courtroom Deputy:         J. Chris Smith
FTR Technician:           Kathy Terasaki

_____

Civil Action No. 13-cv-02419-RPM

| | |
|---|---|
| WESTFIELD INSURANCE COMPANY, an Ohio corporation, | Dennis J. Bartlett |
| Plaintiff, | |
| v. | |
| HENSEL PHELPS CONSTRUCTION CO., a Delaware corporation, | James D. Kilroy |
| CENTRIA, INC, a Delaware corporation, | Bradly D. Damm |
| JACOBS ENGINEERING GROUP, INC., a Delaware corporation, and | Cory M. Curtis |
| NOORDA SHEET METAL COMPANY, a Nevada corporation, | Adam B. Wiens |
| Defendants. | |

_____

**COURTROOM MINUTES**
_____

**Hearing on Pending Motions**

**1:50 p.m.       Court in session.**

Court's preliminary remarks.

Counsel confirm that a settlement conference is scheduled for February 20, 2014 before Magistrate Judge Watanabe.

Counsel answer questions asked by the Court.
Mr. Bartlett states repairs have been completed and Mr. Kilroy states the building has been accepted by the Army National Guard as complete.

Argument by Mr. Bartlett.
Mr. Bartlett states plaintiff's position is that the entire case should be stayed if the Court grants Hensel Phelps' motion to compel arbitration.

Argument by Mr. Kilroy.
Mr. Kilroy states defendant Hensel Phelps has no design dispute with defendant Jacobs.

January 2, 2014
13-cv-02419-RPM

Statement by Mr. Wiens.
Statement by Mr. Damm.
Statement by Mr. Curtis.
Counsel agree with proposal to stay the case pending resolution of the arbitration issue.

Statement by Mr. Kilroy regarding pending motion to amend complaint.

Further argument by Mr. Bartlett.

Discussion (Court, Bartlett and Mr. Kilroy) regarding arbitration process with respect to discovery (AAA, panel of three).

**ORDERED:** **Defendant Hensel Phelps' Motion to Compel Arbitration and Stay Proceedings as to Plaintiffs' Claims Against Hensel Phelps [11], is granted.**

 **Plaintiff's Motion for Leave to File First Amended Complaint [21], is granted. First Amended Complaint and Exhibits [21-1] through [21-5] is accepted and filed as of today.**
 **Service on Noorda Materials is permitted and Noorda Materials shall file its response in accordance with the rules.**

 **Civil action is stayed pending resolution of arbitration proceeding and by agreement of counsel settlement proceedings are excluded from the stay order. The pleading stage of the amended complaint is not stayed.**

**2:25 p.m.**     **Court in recess.**

Hearing concluded.  Total time: 35 min.