IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-02419-RPM-MJW

WESTFIELD INSURANCE COMPANY, an Ohio Corporation.

    Plaintiff,

v.

HENSEL PHELPS CONSTRUCTION CO., a Delaware Corporation;
CENTRIA, INC., a Delaware Corporation;
JACOBS ENGINEERING GROUP, INC., a Delaware Corporation; and
NOORDA SHEET METAL COMPANY, a Nevada Corporation.

    Defendants.

---

ORDERS GRANTING DEFENDANT HENSEL PHELPS' MOTION TO COMPEL
ARBITRATION AND PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT
AND ORDER OF STAY

---

On September 30, 2013, Defendant Hensel Phelps Construction Company moved to compel arbitration and to stay these proceedings as to the Plaintiff's claims again Hensel Phelps [#11], arguing that arbitration of those claims is required by the Performance and Payment Bonds issued by Plaintiff Westfield Insurance Company ("Westfield"), as surety, to Noorda Sheet Metal Company as principal and Hensel Phelps as obligee, and by Article 18(b) of the Labor Subcontract between Hensel Phelps and Noorda Sheet Metal. Westfield opposed the motion to compel arbitration. Westfield also moved for leave to file a first amended complaint [#21] for the purpose of adding claims against Noorda Materials and Manufacturing, LLC ("Noorda Materials") and amending Westfield's claims against Hensel Phelps to include allegations about disputes arising out of a Supply Bond issued by Westfield, as surety, to Noorda Materials as principal and Hensel Phelps as obligee.

A hearing on the motions was held on January 2, 2014. Upon consideration of the motions and the arguments and comments of counsel, it is

ORDERED that Defendant Hensel Phelps' motion to compel arbitration [#11] is granted; and it is

FURTHER ORDERED that the Plaintiff's motion for leave to file first amended complaint [#21] is granted; and it is

FURTHER ORDERED that further proceedings in this action are stayed as to all parties, except the Plaintiff is not precluded from serving the first amended complaint on Noorda Materials and Manufacturing, LLC, and Noorda Materials must respond to the first amended complaint. It is

FURTHER ORDERED the Order of Reference for Settlement Conference [# 38] is still in effect.

Dated: January 2, 2014

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge