IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02419-RPM-MJW

Westfield Insurance Company, an Ohio Corporation,

Plaintiff,

v.

Hensel Phelps, Construction Co.; a Delaware Corporation;
Centria, Inc.; a Delaware Corporation;
Jacobs Engineering Group, Inc.; a Delaware Corporation; and
Noorda Sheet Metal Company, a Nevada Corporation,
Noorda Materials and Manufacturing, LLC

Defendants.

## ORDER GRANTING CENTRIA, INC.'S UNOPPOSED MOTION FOR LEAVE FOR CLIENT REPRESENTATIVE TO ATTEND THE SETTLEMENT CONFERENCE BY TELEPHONE ( Docket No. 50 )

**THIS MATTER**, having come before the Court, the Court having reviewed Centria, Inc.'s Unopposed Motion for Leave For Representative to Attend the Settlement Conference by Telephone, having considered said Motion, and being fully advised in the premises, the Court hereby

**ORDERS** that the Motion is **GRANTED**.

Centria, Inc.'s representative, is permitted to attend the Settlement Conference scheduled for February 20, 2014 by telephone.

DATED this 13TH day of February, 2014.

BY THE COURT:

_/s/ Michael J. Watanabe_

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

00864034.DOC