IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-02419-RPM-MJW

WESTFIELD INSURANCE COMPANY, an Ohio Corporation.

      Plaintiff,

v.

HENSEL PHELPS CONSTRUCTION CO., a Delaware Corporation;
CENTRIA, INC., a Delaware Corporation;
JACOBS ENGINEERING GROUP, INC., a Delaware Corporation; and
NOORDA SHEET METAL COMPANY, a Nevada Corporation.

      Defendants.
_____

ORDER LIFTING STAY AND DISMISSING CERTAIN CLAIMS AND PARTIES
_____

Upon review of Plaintiff's joint motion to lift stay and dismiss certain claims and parties [54] filed June 11, 2014, it is

ORDERED that the motion to lift the stay is granted.  It is

FURTHER ORDERED that Defendant Hensel Phelps Construction Co. is dismissed with prejudice and it is

FURTHER ORDERED that Defendants Noorda Sheet Metal Company and Noorda Materials and Manufacturing, LLC, are dismissed without prejudice.

DATED: June 12th, 2014

                                    BY THE COURT:

                                    s/Richard P. Matsch

                                    _____
                                    Richard P. Matsch, Senior District Judge