IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-02419-RPM-MJW

WESTFIELD INSURANCE COMPANY, an Ohio Corporation.

      Plaintiff,

v.

HENSEL PHELPS CONSTRUCTION CO., a Delaware Corporation;
CENTRIA, INC., a Delaware Corporation;
JACOBS ENGINEERING GROUP, INC., a Delaware Corporation; and
NOORDA SHEET METAL COMPANY, a Nevada Corporation.

      Defendants.

_____

ORDER AMENDING ORDER OF DISMISSAL OF DEFENDANTS NOORDA SHEET METAL
COMPANY AND NOORDA MATERIALS AND MANUFACTURING, LLC
_____

      Upon review of Plaintiff's request that plaintiff's claims against Noorda Sheet Metal Company and Noorda Materials and Manufacturing, LLC, be dismissed with prejudice [56] filed June 12, 2014, it is hereby

      ORDERED that this action is dismissed with prejudice as to Defendants Noorda Sheet Metal Company and Noorda Materials and Manufacturing, LLC.

      DATED: June 13th, 2014

                            BY THE COURT:

                            s/Richard P. Matsch

                            _____
                            Richard P. Matsch, Senior District Judge