IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-02419-RPM-MJW

WESTFIELD INSURANCE COMPANY, an Ohio Corporation.

    Plaintiff,

v.

CENTRIA, INC., a Delaware Corporation; and
JACOBS ENGINEERING GROUP, INC., a Delaware Corporation;

    Defendants.

_____

### ORDER FOR FILING SECOND AMENDED COMPLAINT
_____

    On June 11, 2014, the plaintiff filed a motion for leave to file a second amended complaint, tendered as Exhibit A. The motion recited that Jacobs Engineering Group objects to the request to amend the complaint but Jacobs Engineering Group has not filed any opposition to the motion. It is now

    ORDERED that the motion to file a second amended complaint is granted and Exhibit A tendered therewith is ordered filed.

    DATED: July 17th, 2014

                                              BY THE COURT:

                                              s/Richard P. Matsch
                                              _____
                                              Richard P. Matsch, Senior District Judge