IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02419-RPM-MJW

WESTFIELD INSURANCE COMPANY, an Ohio Corporation.

    Plaintiff,

v.

CENTRIA, INC., a Delaware Corporation,

    Defendant.

_____

ORDER EXTENDING DEADLINES
_____

Upon review of the Stipulated Motion to Extend Discovery Deadlines [Doc. 84], it is

ORDERED that the motion is granted and deadlines are extended as follows:

| | | |
|---|---|---|
| 1. | Contradicting expert disclosures: | August 12, 2015; |
| 2. | Rebuttal expert disclosures: | September 11, 2015; |
| 3. | Discovery Cut-Off: | September 30, 2015; and |
| 4. | Dispositive Motion Deadline: | October 16, 2015. |

Dated:  July 23, 2015

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge