IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02419-RPM-MJW

WESTFIELD INSURANCE COMPANY, an Ohio Corporation.

    Plaintiff,

v.

CENTRIA, INC., a Delaware Corporation,

    Defendant.

_____

ORDER FOR DISMISSAL
_____

Pursuant to the stipulation for dismissal with prejudice [Doc. 90] , it is

ORDERED that this action is dismissed with prejudice, each party to bear its own attorney fees and costs..

Dated:   December 10th, 2015

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge